WILLIAM H. MOREHOUSE, Appellant, *v.* FRANK H. MOREHOUSE, Individually and as Executor of HIRAM MOREHOUSE, Deceased, et al., Respondents, Impleaded with Others.

*Morehouse v. Morehouse,* 33 App. Div. 250, affirmed.
(Argued January 17, 1900; decided February 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 31, 1899, reversing an interlocutory judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury, and dismissing the complaint upon the merits.

*E. Winslow Paige* and *Alex. J. Thomson* for appellant.

*Charles F. Brown* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.